# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MIKE BURTON AND MARY BURTON,**                                       **PLAINTIFFS,**

**VS.**                          **CIVIL ACTION NO. 4:06CV180-P-B**

**JENNIFER MCGARRITY,**                                            **DEFENDANT.**

## **ORDER**

This matter comes before the court upon Defendant's Motion to Dismiss [14-1]. After due consideration of the motion and the response filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [14-1] is **DENIED**.

**SO ORDERED** this the 15th day of May, A.D., 2007.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE